UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUNCINDA O'DEA, individually and on behalf of all others similarly situated,

                    Plaintiff,

      -against-

L'OREAL, USA,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/10/2024_____

24 Civ. 8352 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

      On November 1, 2024, this action was transferred to the Southern District of New York, where the undersigned subsequently accepted it as related to two pending cases, 24 Civ. 2735 and 24 Civ. 3998. ECF No. 22. By orders dated October 22, 2024, the Court adjourned certain deadlines in those two cases pending the resolution of motions to transfer to the Southern District of New York in three other related cases. ECF No. 27 in 24 Civ. 2735; ECF No. 22 in 24 Civ. 3998. On December 9, 2024, the Court was informed that the motions to transfer in two of those cases are still pending, and although the third related case was transferred to the District of Hawaii on November 13, 2024, Defendant intends to move to transfer that matter to the Southern District of New York or to dismiss the action based on lack of personal jurisdiction. ECF No. 29 ¶ 1 in 24 Civ. 2735. In addition, on November 26, 2024, plaintiffs in all six actions, including this one, moved the Joint Panel on Multidistrict Litigation ("JPML") to transfer all six cases to the District of Hawaii pursuant to 28 U.S.C. § 1407. *Id.* ¶ 2.

      In light of these developments, this case is STAYED pending the resolution of the transfer motions described above. Within ten days of the issuance of (1) the last transfer order in the other jurisdictions, including the order of the JPML, or (2) March 20, 2025, whichever is sooner, the parties shall submit a joint status report.

      SO ORDERED.

Dated: December 10, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge